```
McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | 2: 07-MJ-0303 KJM |
| Plaintiff,  ) | |
| ) | REQUEST TO ADVANCE DATE HEARING |
| ) | AND ENTER CHANGE OF PLEA |
| ISRAEL MORENO-GUERRERO,  ) | |
| ) | |
| Defendants.  ) | Hon. Kimberly J. Mueller |

The parties request that the next appearance in this case, currently set for October 18, 2007, be advanced to Thursday, October 11, 2007, in order to permit the defendant to enter a change of plea.

                                                   Respectfully Submitted,

                                                   McGREGOR W. SCOTT
                                                   United States Attorney

Dated: October 10, 2007        By:*/s/ Kyle Reardon*
                                                   KYLE REARDON
                                                   Assistant U.S. Attorney

Dated: October 10, 2007        By:*/s/ Kyle Reardon for*
                                                   NED SMOCK
                                                   Attorney for defendant

1        IT IS SO ORDERED.
2  DATED:   October 11, 2007.
3                                                _____
4                                                U.S. MAGISTRATE JUDGE